UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY JAMES COLBERT,<br><br>       Petitioner,<br><br>   v.<br><br>S. PEERY, Warden,<br><br>       Respondent. | No. 2:16-cv-1059 KJN P<br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). <u>See</u> 28 U.S.C. §§ 1914(a); 1915(a). Therefore, petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in a recommendation that this action be dismissed; and

/////

/////

1

1     2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis
2  form used by this district.
3  Dated:  June 3, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

colb1059.101a