1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    LEROY JAMES COLBERT,                    No.  2:  16-cv-1059 KJN P

12                      Petitioner,

13          v.                                ORDER

14    S. PEERY,

15                      Respondent.

16

17          Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas

18    corpus pursuant to 28 U.S.C. § 2254.  Petitioner has consented to the jurisdiction of the

19    undersigned.  (ECF No. 3)

20          On July 21, 2016, the undersigned dismissed this action based on petitioner's failure to

21    pay the filing fee or file an application to proceed in forma pauperis.  (ECF No. 5.)  On July 28,

22    2016, petitioner filed an application to proceed in forma pauperis.  (ECF No. 7.)  Good cause

23    appearing, the July 21, 2016 judgment is vacated.

24          Examination of the in forma pauperis application reveals that petitioner is unable to afford

25    the costs of suit.  Accordingly, the application to proceed in forma pauperis will be granted.  See

26    28 U.S.C. § 1915(a).

27          For the reasons stated herein, the undersigned finds that the petition has no merit and

28    should be dismissed.  See Rule 4, Federal Rules Governing Section 2254 Cases (if it plainly

1

1  appears from the petition that the petitioner is not entitled to relief, the judge must dismiss the

2  petition).

3       In 2012, petitioner was sentenced to 25 years to life under California's Three Strikes Law.

4  (ECF No. 1 at 6.)  Petitioner's prior strikes were for two robberies committed in 1997 within a

5  seven day period.  (Id.)  In the instant petition, petitioner argues that the trial judge was required

6  to treat his two prior strikes as one case pursuant to the United States Sentencing Guidelines.  (Id.

7  at 6.)  Based on this alleged violation of the United States Sentencing Guidelines, petitioner

8  argues that his Three Strikes sentence is illegal.

9       The United States Sentencing Guidelines do not apply to state courts.  Rather, the United

10  States Sentencing Guidelines are applicable to persons convicted in federal court.  For this reason,

11  petitioner's claim alleging that the trial judge violated the United States Sentencing Guidelines is

12  without merit.

13       A claim by petitioner that the trial judge violated state law by failing to dismiss one of his

14  prior strike convictions on grounds that they were committed within a short time period fails as

15  well.[1]  California courts retain discretion under the Three Strikes Law to strike prior felony

16  conviction allegations.  People v. Romero, 13 Cal.4th 497, 530 (1996).  However, "federal habeas

17  corpus relief does not lie for errors of state law."  Estelle v. McGuire, 502 U.S. 62, 67 (1991).  "In

18  conducting habeas review, a federal court is limited to deciding whether a conviction violated the

19  Constitution, laws, or treaties of the United States."  Id. at 68.  Specifically, a claim that a state

20  court abused its discretion in denying a Romero motion is not cognizable on federal habeas

21  review.  Brown v. Mayle, 283 F.3d 1019, 1040 (9th Cir. 2002) (vacated on other grounds by

22  Mayle v. Brown, 538 U.S. 901 (2003)).  Here, an argument by petitioner that the state courts

23  misapplied California sentencing law is not cognizable on federal habeas review.

24  ////

25  ////

26  _____

27  [1]   Attached as an exhibit to the petition is a motion filed in state court by counsel, on petitioner's
behalf, to dismiss one of his prior strike convictions on grounds that the two prior robberies (on
which the strike convictions were based) occurred within a short period of time.  (ECF No. 1 at

28  25-34.)

In accordance with the above, IT IS HEREBY ORDERED that:

1.  The judgment is vacated;

2.  Petitioner's motion to proceed in forma pauperis is granted;

3.  This action is dismissed; and

4.  A certificate of appealability is not issued.

Dated:  August 24, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Col1059.dis

3